

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

March 4, 2025

**VIA ECF Filing**
Clerk's Office
District Court of New Jersey, Newark Vicinage
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

> Re:  **Richard Zelma v. Wonder Group, Inc., et al.**
> **District Court Docket No. 2:25-cv-01575-SRC-LDW**
> **Superior Court Docket No. BER-L-003872-24**

Dear Clerk:

This firm represents the Defendant, Wonder Group, Inc., in the above-referenced matter. On Friday, February 28, 2025, Defendant filed a Notice of Removal seeking to remove the Superior Court action docketed as BER-L-3872-24 to the District Court on the basis of federal question pursuant to the allegations and causes of action set forth in the First Amended Complaint. On March 3, 2025, the Superior Court of New Jersey denied Plaintiff's Motion for Leave to Amend the Complaint. Accordingly, the case below is now closed, and therefore the Notice of Removal filed by Defendants is moot. Defendants hereby withdraw the Notice of Removal without prejudice.

Thank you for your attention to this matter.

Respectfully submitted,

HATFIELD SCHWARTZ LAW GROUP LLC

By: */s/ Stefani C Schwartz*
STEFANI C SCHWARTZ, ESQ.

cc:  Richard Zelma, via email and certified mail